332

AMERICAN SEATING COMPANY,
Plaintiff–Appellant,

v.

TRANSPORTATION SEATING,
INC., Defendant–Appellee.

No. 03–1312.

United States Court of Appeals,
Federal Circuit.

DECIDED: Nov. 5, 2003.

*ORDER OF DISMISSAL*

Upon the stipulation of the parties, and the Court being duly advised in the premises, this case is hereby DISMISSED with prejudice, and without costs to either party.

IT IS SO ORDERED.

SKF USA INC., SKF GmbH, SKF France S.A., Sarma, SKF Industrie S.p.A., and SKF Sverige AB, Plaintiffs–Appellants,

and

INA Walzlager Schaeffler oHG (now known as INA–Schaeffler KG) and INA USA Corporation, Plaintiffs,

v.

UNITED STATES, Defendant–Appellee,

and

Timken U.S. Corporation,
Defendant–Appellee.

No. 03–1594.

United States Court of Appeals,
Federal Circuit.

DECIDED: Nov. 6, 2003.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).